William A. Brandt, Jr. Trustee
Paige's Security Services, Inc.
345 California Street, Suite 1150
San Francisco, CA 94104
Telephone: (415) 981-2717

**FILED**

iA NOV 1 8 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

**PAIGE'S SECURITY SERVICES, INC.,**

**DEBTOR**

Chapter 7

Case No. 02-52374-ASW

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $ 8,535.53. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|
| JOSE L. TRIGUEROS<br>1141 Main Street<br>Castro Ville, CA 95012 | $1,489.12 | $971.95 |
| BERNARD MIDDLETON<br>1688 Harding Street<br>Seaside, CA 93955 | $1,451.50 | $947.39 |
| TAPHOIA A. MEANS<br>780 13th Street #213<br>Oakland, CA 94612 | $1,386.00 | $904.64 |
| CONSUELO DEPRON<br>2122 East 20 Street<br>Oakland, CA 94606 | $1,199.00 | $782.59 |
| SALVADOR A. GALLARDO<br>3501 Farris Avenue<br>Ceres, CA 95307 | $1,180.00 | $770.19 |
| ERIC J. STALKER<br>3050 Lexington Court<br>Marina, CA 93933 | $1,160.42 | $757.41 |

| Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|
| RICKY STANDLEY<br>4141 58th Street<br>San Diego, CA 92115 | $1,129.92 | $737.50 |
| SCHAWN A. CRESHAW<br>2001 Wright Street #APT 25<br>Sacramento, CA 95825 | $927.00 | $605.05 |
| ERNESTO TUAZON<br>36 Shasta Way<br>Salinas, CA 93905 | $886.17 | $578.40 |
| MONIKA JENKINS<br>1782 Judson Street, #APT C<br>Seaside, CA 93955 | $873.64 | $570.22 |
| OLIVER W. HAMPTON<br>1853 Cherokee Drive, Unit 1<br>Salinas, CA 93906 | $778.50 | $508.13 |
| CLIFTON DERGAN<br>2603 Hansen<br>Tracy, CA 95304 | $616.00 | $402.06 |

Case: 02-52374   Doc# 419   Filed: 11/18/09   Entered: 12/03/09 15:56:58   Page 2 of 2